**Michael F. FAGAN, Plaintiffs–
Appellant,**

**v.**

**CITY OF MARCO ISLAND, A. William
Moss, individually, Roger Reinke, in-
dividually, Defendants–Appellees.**

No. 05–14524
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Nov. 3, 2005.

Debra Ann Rowe, Fort Myers, FL, for
Plaintiffs–Appellant.

Gregory W. Hootman, Sarasota, FL, for
Defendants–Appellees.

Before: TJOFLAT, CARNES and
PRYOR, Circuit Judges.

PER CURIAM:

In this case, the district court, dismiss-
ing appellant's claims, held that appellant's
allegations failed to state a claim under the
First and Fourteenth Amendments allega-
tions for the infringement of appellant's
rights of free speech and freedom of asso-
ciation. Appellant now appeals the court's
rulings. For the reasons stated in the
district court's dispositive order of July 15,
2005, we agree that appellant's allegations
fail to state a claim for the infringement of
either rights—free speech or freedom of
association.

AFFIRMED.